IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIM. NO. H-11-116-3 |
| | § | |
| JAVIER G. BELMONTES | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes JAVIER G. BELMONTES, Defendant in the above entitled and numbered cause, and moves the Honorable Court to continue the Plea Agreement in this case. In support of this motion, Defendant show as follows:

### I.

This cause is set for plea agreement on Monday, March 19, 2012 at 1:30 p.m.

### II.

Defendant's Counsel and the Unites States Attorney, Ruben Perez have agreed to this continuance for March 26, 2012 or April 2, 2012.

### III.

The Defendant's Counsel and the United States Attorney have been unable to finalize the terms of the plea agreement.

### IV.

This motion is not made for purpose of delay but that justice may be done.

### V.

**WHEREFORE, PREMISES CONSIDERED**, the Defendant prays the Court continue this cause on the docket of this Court until a later date.

Dated: March 16, 20112                    Respectfully submitted,

                                                    Law Offices of Lonnie R. Knowles
                                                    & Associates
                                                    1314 Texas Ave., Suite 1112
                                                    Houston, Texas 77002
                                                    Telephone: (713) 523-3131
                                                    Facsimile: (713) 224-6475

                                                  /s/ *Lonnie R. Knowles*
                                                  Lonnie R. Knowles
                                                  State Bar No. 11625200
                                                  S.D. Texas Bar No. 4787
                                                  Attorney in Charge
                                                  for Javier G. Belmontes

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing Agreed Motion for Continuance was served on all parties via the Court's Electronic Filing System on this the 16th day of March, 2012.

                                                  /s/ *Lonnie R. Knowles*
                                                  Lonnie R. Knowles

## **CERTIFICATE OF CONFERENCE**

      I, the defendant's counsel, certify that I did confer with the United States Attorney in charge of this case, who was state that the Government does not oppose this motion.

                                                  /s/ *Lonnie R. Knowles*
                                                  Lonnie R. Knowles

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIM. NO. H-11-116-3 |
| JAVIER G. BELMONTES | § | |

**O R D E R**

On _____, 2012 came on to considered Agreed Motion for Continuance, and it appears to the Court that this Motion should be:

*GRANTED:* _____   *DENIED:*_____

*Signed on* _____*, 2012*

_____
JUDGE PRESIDING